# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nickeisha Rainford, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>Freedom Financial Network, LLC,<br><br>Defendant. | Case No.: CV-22-2014-PHX-DWL<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Nickeisha Rainford ("Plaintiff") and Defendant Freedom Financial Network, LLC ("Defendant"), hereby give notice that they have reached a settlement in principle. The parties are in the process of negotiating and preparing their settlement agreement and drafting a motion for approval of the settlement. The parties anticipate that they will file a motion for approval of the settlement within 45 days.

Dated: April 22, 2024

By: *s/ Zackary S. Kaylor*
Jacob R. Rusch (MN Bar No. 0391892)
Zackary S. Kaylor (MN Bar No. 0400854)
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
T: 612-436-1800
F: 612-436-1801
E: jrusch@johnsonbecker.com
E: zkaylor@johnsonbecker.com

*Lead Attorneys for Plaintiff*

Richard P. Traulsen (AZ Bar No. 016050)
**BEGAM MARKS & TRAULSEN, P.A.**
11201 North Tatum Blvd., Suite 110

Respectfully Submitted,

By: s/ *Douglas Lynn (with permission)*
Douglas (Trey) Lynn (SBN #028054)
Andrew B. Levin (SBN #035762)
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, Arizona 85016
T: 602-778-3700
F: 602-778-3750
E: trey.lynn@ogletree.com
E: andy.levin@ogletree.com

*Attorneys for Defendant*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Phoenix, Arizona 85028-6037
T: 602-254-6071
E: rtraulsen@BMT-law.com

*Local Counsel for Plaintiff*